Tanya Moore (State Bar No. 206683)
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone: (408) 271-6600
Facsimile (408) 298-6046
Attorneys for Plaintiff
JESUS SOSA

Jamerson C. Allen (State Bar No. 132866)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: allenj@jacksonlewis.com
E-mail: ching-senahac@jacksonlewis.com
Attorneys for Defendant
RAMIREZ-VAZQUEZ INC., dba LA ESPERANZA MERCADO Y CARNICERIA,
and JOSE RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SOSA,<br><br>            Plaintiff,<br><br>     v.<br><br>RAMIREZ-VAZQUEZ INC., dba LA ESPERANZA MERCADO Y CARNICERIA; JOSE RAMIREZ; BILL W. CHU, INC.,<br><br>            Defendants. | Case No. 1:10-CV-01580-AWI-DLB<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS RAMIREZ-VAZQUEZ INC., dba LA ESPERANZA MERCADO Y CARNICERIA, and JOSE RAMIREZ TO FILE RESPONSIVE PLEADING TO COMPLAINT; AND ORDER**<br><br>Complaint Filed:  8/31/2010<br><br>Trial Date:      None set |

    Plaintiff Jesus Sosa and Defendants Ramirez-Vazquez, Inc., dba La Esperanza Mercado Y Carniceria and Jose Ramirez, through their attorneys of record, hereby jointly stipulate to the following:

    Defendants Ramirez-Vazquez, Inc., dba La Esperanza Mercado Y Carniceria and Jose Ramirez shall have up to and including November 12, 2010 (a 28-day extension pursuant to Local

Rule 144, by which to file a responsive pleading(s) to the Complaint which Plaintiff filed on August 31, 2010.

IT IS SO STIPULATED.

Dated: October 19, 2010        MOORE LAW FIRM, P.C.

By:    /s/ Tanya Moore
Tanya Moore, Esq.
Attorneys for Plaintiff
JOSE SOSA

Dated: October ___, 2010       JACKSON LEWIS LLP

By:    /s/ Jamerson C. Allen
Jamerson C. Allen
Cara Ching-Senaha
Attorneys for Defendants
RAMIREZ-VAZQUEZ INC., dba LA ESPERANZA MERCADO Y CARNICERIA, and JOSE RAMIREZ

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

Dated: October 19, 2010        /S/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

4832-2306-5607, v. 1

---

2

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING                Case No. CV-01580 AWI