UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA, <br><br> Plaintiff, <br><br> v. <br><br> RAMIREZ VELAZQUEZ, INC., et al., <br><br> Defendants. | 1: 10 CV 01580 DLB <br><br> ORDER SETTING SETTLEMENT CONFERENCE <br><br> Settlement Conference: <br>    March 2, 2011 at 10:00 a.m. <br>    Courtroom 10 |

**I.    Date of Scheduling Conference**

December 2, 2010.

**II.    Appearances of Counsel**

Tanya Levinson Moore appeared on behalf of Plaintiff.

Jamerson C. Allen appeared on behalf of defendant Ramirez Velazquez, Inc.

John Duffy appeared on behalf of defendant Bill W. Chu, Inc.

**III.    Consent to the Magistrate Judge**

Pursuant to 28 U.S.C. §636(c) the parties have all consented to conduct of any and all further proceedings in this case, including trial, before the Honorable Dennis L. Beck, U.S. Magistrate Judge.  If one is not already on file, they shall file a written stipulation and consent

1

within 15 days of this order.

### IV.     Settlement Conference

A Settlement Conference is scheduled for March 2, 2011 at 10:00 a.m. in Courtroom 10 before the Honorable Gary S. Austin, U.S. Magistrate Judge.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

### CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judges chambers by email to ___ Orders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  Counsel are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

The Confidential Settlement Conference Statement shall include the following:

A.  A brief statement of the facts of the case.

B.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1   C. A summary of the proceedings to date.
2   D. An estimate of the cost and time to be expended for further discovery,
3 pretrial and trial.
4   E. The relief sought.
5   F. The party's position on settlement, including present demands and
6 offers and a history of past settlement discussions, offers and demands.

11   IT IS SO ORDERED.
12   Dated:   **December 2, 2010**                     /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE