1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Jesus Sosa

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11  JESUS SOSA,                              )   No.  1:10-CV-01580-DLB
                                             )
12              Plaintiff,                    )   **STIPULATION TO CONTINUE**
                                             )   **SETTLEMENT CONFERENCE**
13        vs.                                )   **AND ORDER**
                                             )
14  RAMIREZ VELAZQUEZ, INC., et al.,         )
                                             )
15              Defendants.                   )
                                             )
16                                           )
                                             )
17  _____ )

18      WHEREAS, a settlement conference in this matter is currently scheduled for March 2,

19  2011;

20      WHEREAS, Plaintiff and Defendants are in the final stages of settlement negotiations

21  and require time to determine if such negotiations will result in a final settlement;

22      IT IS HEREBY STIPULATED by and between the parties, by and through their

23  respective counsel, that the Settlement Conference in this matter be continued to March 21,

24  2011 at 10:30 a.m. in order to afford the parties the opportunity to resolve the matter between

25  themselves.

26  ///

27  ///

28  ///


*Sosa v. Ramirez Velazquez, Inc.*
Stipulation and Order to Continue Settlement Conference
                              Page 1

1  Date: February 25, 2011                          MOORE LAW FIRM, P.C.

2

3

4                                                   /s/ Tanya Moore
                                                    Tanya Moore
5                                                   Attorneys for Plaintiff Jesus Sosa

6                                                   MORTIMER & SCHWIN

7

8

9                                                   /s/ Kevin Schwin
                                                    Kevin Schwin, Attorneys for
10                                                  Defendants Bill W. Chu, Inc., Ramirez
                                                    Velazquez, Inc., and Jose Ramirez
11

12                                  **ORDER**

13     The parties having so stipulated and good cause appearing therefor,

14     IT IS HEREBY ORDERED that the Settlement Conference currently set for March 2, 2011

15  be continued to March 21, 2011 at 10:30 a.m. in Courtroom 10 before the Honorable Gary S.

16  Austin.

17

18

19

20  IT IS SO ORDERED.

21     Dated:   **February 25, 2011**                        **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

*Sosa v. Ramirez Velazquez, Inc.*
Stipulation and Order to Continue Settlement Conference
                                    Page 2