1 | Tanya E. Moore, SBN 206683
2 | MOORE LAW FIRM, P.C.
  | 332 North Second Street
3 | San Jose, California 95112
  | Telephone (408) 298-2000
4 | Facsimile (408) 298-6046

5 | Attorneys for Plaintiff
  | Jesus Sosa

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JESUS SOSA, | ) No. 1:10-CV-01580-DLB |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| RAMIREZ VELASQUEZ INC., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants Ramirez Velasquez, Inc., dba La Esperanza Mercado Y Carniceria; Jose Ramirez; and Bill W. Chu, Inc., the parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: April 4, 2011                             MOORE LAW FIRM, P.C.


                                                /s/ Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiff Jesus Sosa

*Sosa v. Ramirez Velasquez, Inc., et al.*
Stipulation for Dismissal; Order

Page 1

Date: April 4, 2011                                  MORTIMER & SCHWIN


                                                    /s/ Kevin Schwin
                                                    Kevin Schwin, Attorneys for Defendants
                                                    Ramirez Velasquez, Inc., dba La Esperanza
                                                    Mercado Y Carniceria; Jose Ramirez; and Bill W.
                                                    Chu, Inc.

**ORDER**


    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

   Dated:   **April 4, 2011**                              /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

*Sosa v. Ramirez Velasquez, Inc., et al.*
Stipulation for Dismissal; Order